IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATTHEW SIMARD, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 20-3126 |
| | : | |
| v. | : | |
| | : | |
| ALAN KUNSMAN ROOFING AND SIDING, INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 28th day of June, 2021, it having been reported that the parties have settled the above-captioned action, and the court having approved the settlement on the record on this date, and pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, pursuant to agreement of counsel without costs.

The Court shall retain jurisdiction for a period of ninety (90) days while the parties finalize the written settlement agreement.

BY THE COURT:

By: /s/ *Shana Restucci*
Shana Restucci, Civil Deputy Clerk
The Honorable Edward G. Smith
Shana_Restucci@paed.uscourts.gov